UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Charles Hill, et al.
            Plaintiff,
v.               Case No.: 1:18−cv−05592
               Honorable Edmond E. Chang
Parole Agent C. Harrington #L13, et al.
            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 23, 2022:

  MINUTE entry before the Honorable Edmond E. Chang: Voir dire begun and concluded. Jury trial held and continued to 06/24/2022 at 9:00 a.m. Counsel shall arrive by 8:45 a.m. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.